UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARIUS JOHNSON,
*on behalf of himself*,

    Plaintiff,　　　　　　　　　　　　　　　　　　No.: 1:19-cv-2257-TNM

    v.

ADAMS MORGAN HOTEL OPERATED LLC
d/b/a BROTHER AND SISTER/ SPOKEN ENGLISH,

    Defendant.

**JOINT MOTION TO STAY PROCEEDINGS**

    Plaintiff, Darius Johnson, by and through his attorney, C.K. Lee of Lee Litigation Group, PLLC, hereby moves this Court to stay proceedings and adjourn all dates and deadlines, *sine die*, including, but not limited to, the answer due October 5, 2019, with leave to file a stipulation of dismissal in thirty (30) days.

    In support, Plaintiff states as follows:

    1.    On July 29, 2019, Plaintiff filed a Complaint against Defendant (ECF #1).

    2.    On August 1, 2019, Plaintiff filed an Amended Complaint against Defendant (ECF #2).

    3.    On August 13, 2019, Plaintiff filed a Waiver of Service setting October 5, 2019 as the deadline for Defendant's answer or responsive pleading.

    4.    As of today's date, the parties have reached a settlement in principle and seek additional time to finalize the settlement documents.

    5.    Defendant joins in Plaintiff's request to stay proceedings and adjourn all dates and deadlines, *sine die*, including, but not limited to, the answer due October 5, 2019.

**WHEREFORE,** Plaintiff, Darius Johnson, by and through his attorney, C.K. Lee of Lee Litigation Group, PLLC, respectfully requests that the Court stay proceedings and adjourn all dates and deadlines, *sine die*, including, but not limited to, the answer due October 5, 2019, with leave to file a stipulation of dismissal in thirty (30) days.

Dated: October 7, 2019

                                        Respectfully submitted,

                                        By:   */s/ C.K. Lee*
                                                C.K. Lee, Esq.

                                        **LEE LITIGATION GROUP, PLLC**
                                        C.K. Lee, Esq.
                                        148 W. 24th Street, Eighth Floor
                                        New York, NY 10011
                                        Tel.: 212-465-1188
                                        Fax: 212-465-1181
                                        Email: cklee@leelitigation.com
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he filed the foregoing JOINT MOTION TO STAY PROCEEDINGS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any counsel of record on this 7th day of October, 2019, and that he caused the foregoing JOINT MOTION TO STAY PROCEEDINGS to be served on Defendant via First-Class Mail at the address below:

Minh N. Vu, Esq.
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004
Phone: 202-828-5337
Email: mvu@seyfarth.com

*/s/ C.K. Lee*
C.K. Lee, Esq.