UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DARIUS JOHNSON,

    Plaintiff,

-against-

SYDELL GROUP LLC,

    Defendant.

Case No.: 1:19-cv-2257-TNM

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant SYDELL GROUP LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
    Minh Vu, Esq.
    Seyfarth Shaw LLP
    975 F Street, N.W.
    Washington, D.C. 20004
    Telephone: 202-828-5337
    mvu@seyfarth.com

Date: November 12, 2019

For the Plaintiff:

By: _____
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    148 W. 24th Street, Eighth Floor
    New York, NY 10011
    Telephone: 212-465-1188
    cklee@leelitigation.com

Date: November 12, 2019

SO ORDERED

_____
U.S.D.J.